UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| ROY K. YOQUELET, JR., | ) |
| | ) |
| Plaintiff, | )  CASE NO. 4-15-CV-55-GNS/HBB |
| | ) |
| vs. | ) |
| | ) |
| AKAL SECURITY, INC., et al. | ) |
| | ) |
| Defendants. | ) |

**<u>AGREED ORDER</u>**

This matter comes before the Court on the request of Defendant, Haviva Goldhagen, M.D., for an extension of time to answer or otherwise plead in the above captioned matter. The parties having agreed and the Court being sufficiently advised,

It is hereby ORDERED that Defendant, Haviva Goldhagen, M.D., shall have until and including September 18, 2015 in which to answer or otherwise plead.

SEEN AND AGREED TO:


 /s/  Lauren Berger (w/permission)
Andrew Dutkanych
Lauren Berger
Biesecker, Dutkanych & Macer, LLC
411 Main Street
Evansville, Indiana  47708
ad@bdlegal.com
lberger@bdlegal.com
*Counsel for Plaintiff*



 /s/  Samuel H. DeShazer
Samuel H. DeShazer
Hall, Render, Killian, Heath & Lyman, P.S.C.
614 West Main Street, Suite 4000
Louisville, Kentucky  40202
sdeshazer@hallrender.com
*Counsel for Defendant,*
*Haviva Goldhagen, M.D.*