UNITED STATES DISTRICT COURT
WESTERN DISTRICTR OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| ROY K. YOQUELET, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:15-CV-55-GNS-HBB |
| | ) |
| AKAL SECURITY INC., | ) |
| DR. G. GOLDHAGEN, in his individual capacity, | ) |
| JANELLE HOHNKE, in her individual capacity, | ) |
| unknown agents of the FEDERAL | ) |
| OCCUPATIONAL HEALTH AGENCY, and | ) |
| unknown agents of the U.S. MARSHAL SERVICE | ) |
| | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER

By agreement of the Plaintiff and Defendants, by and through their respective counsel, and the Court being sufficiently advised:

The Court does hereby ORDER that all claims brought be **DISMISSED** in their entirety, **WITH PREJUDICE**.  Each of the parties shall bear their respective costs, including all attorneys' fees.

**HAVE SEEN AND AGREED:**

**BIESECKER DUTKANYCH & MACER, LLC**
By: /s Lauren E. Berger
Andrew Dutkanych III
Lauren E. Berger (admitted *pro hac vice*)
411 Main Street
Evansville, IN 47708
Telephone: (812) 424-1000
*Attorneys for Plaintiff*

**LITTLER MENDELSON, P.S.C.**
By: /s Jay Inman (with permission)
Jay Inman
333 West Vine St., Ste. 1720
Lexington, KY 40507
PH: 859-317-7970
*Attorneys for Defendant, Akal*

**HALL, RENDER, KILLIAN, HEATH & LYMAN, P.S.C.**
By: /s Samuel H. DeShazer (with permission)
Samuel H. DeShazer
614 West Main Street, Suite 4000
Louisville, Kentucky 40202
sdeshazer@hallrender.com
*Attorney for Defendant,*
*Haviva Goldhagen, M.D.*