UNITED STATES DISTRICT COURT
WESTERN DISTRICTR OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| ROY K. YOQUELET, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 4:15-CV-55-GNS-HBB |
| | ) |
| AKAL SECURITY INC., | ) |
| DR. G. GOLDHAGEN, in his individual capacity, | ) |
| JANELLE HOHNKE, in her individual capacity, | ) |
| unknown agents of the FEDERAL | ) |
| OCCUPATIONAL HEALTH AGENCY, and | ) |
| unknown agents of the U.S. MARSHAL SERVICE | ) |
| | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER

By agreement of the Plaintiff and Defendants, by and through their respective counsel, and the Court being sufficiently advised:

The Court does hereby ORDER that all claims brought be **DISMISSED** in their entirety, **WITH PREJUDICE**. Each of the parties shall bear their respective costs, including all attorneys' fees.

**Greg N. Stivers, Judge**
**United States District Court**

November 23, 2015