**United States District Court**
**Western District of Kentucky**

# MEMORANDUM



**To:** Nevada Smith f/k/a Michael Buesgens
P.O. Box 294
Morristown, MN  55052

**From:** Office of the Clerk

**Date:** June 25, 2020

**Re:** *Yoquelet v. AKAL Security Inc. et al*, Civil Action No. 4:15CV-55-GNS

---

You recently sent two documents to this Office in which you attempt to seek relief in the above-styled closed action.  However, you are not a party to the action and may not file documents or otherwise seek relief in the case.  Therefore, no action will be taken on the documents.

cc: Counsel of record
.010